UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION



FILED
MAY 23 2017
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-50080 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Bank Robbery (18 U.S.C. § 2113(a)) |
| KAYCEE TEPPO, | |
| Defendant. | |

The Grand Jury charges:

On or about May 18, 2017, at Spearfish, in the District of South Dakota, the defendant, Kaycee Teppo, by force and intimidation, did take from the person and presence of another money belonging to and in the care of First Pioneer Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, all in violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

**Name Redacted**

_____
Foreperson

RANDOLPH J. SEILER
United States Attorney

By _____